United States District Court
Southern District of Texas
**ENTERED**
September 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MINGHAO CHEN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-CV-150 |
| | § | |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, United States Attorney General | § § § § | |

## ORDER

Pending before the Court is Petitioner Minghao Chen's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. No. 1). Petitioner lists United States Department of Homeland Security Secretary Kristi Noem and United States Attorney General Pamela Bondi. (*Id.* at 1). Having reviewed the petition, the Court hereby **ORDERS** Respondents to submit a response and serve it on Petitioner no later than **October 16, 2025**.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1), and this Order on Respondents via certified mail. Respondent Kristi Noem or her designee may be served at 245 Murray Lane, SW, Mail Stop 0485, Washington, D.C. 20528-0485. Respondent Pamela Bondi or her designee may be served at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001.

Finally, Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

(signature on next page)

IT IS SO **ORDERED**.

**SIGNED** the 16th day of September, 2025.

                                                    Christopher dos Santos
                                                    United States Magistrate Judge