Case 5:25-cv-00150   Document 7   Filed 10/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MINGHAO CHEN | § § | |
| VS. | § § | CIVIL ACTION NO. 5:25-CV-150 |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, United States Attorney General | § § § § § | |

# ORDER

On September 16, 2025, this Court reviewed Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. No. 1), and ordered Respondents to submit a response and serve it on Petitioner by October 16, 2025. (Dkt. No. 5 at 1). Additionally, the Court directed the Clerk of Court to serve copies of the Petition, (Dkt. No. 1), and the Order to Respond, (Dkt. No. 5), on Respondents via certified mail. (Dkt. No. 5 at 1).

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Court also **DIRECTS** the Clerk of Court to serve a copy of the Petition, (Dkt. No. 1), Order to Respond, (Dkt. No. 5), and this Order on the United States Attorney's Office, through its Civil Process Clerk, via certified mail. The Civil Process Clerk at the United States Attorney's Office may be served at 1000 Louisiana St., Suite 2300, Houston, Texas 77002.

IT IS SO **ORDERED**.

**SIGNED** the 3rd day of October, 2025.

_____
Christopher dos Santos
United States Magistrate Judge