Case 5:25-cv-00150   Document 9   Filed 10/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **MINGHAO CHEN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-CV-00150 |
| § | |
| **KRISTI NOEM,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Minghao Chen ("Petitioner"). (Dkt. 1.) Having reviewed the petition, the Court recognizes the timeliness of the proceedings at hand. Therefore, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least **five (5) days** before any such transfer.

IT IS SO ORDERED.

SIGNED this October 10, 2025.

Diana Saldaña
United States District Judge