United States District Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **MINGHAO CHEN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-CV-00150 |
| § | |
| **KRISTI NOEM,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On October 15, 2025, Respondents, Kristi Noem, Secretary of the United States Department of Homeland Security and Pamela Bondi, United States Attorney General, filed an unopposed motion for an extension of time to file a response. (Dkt. 10.)

The Court finds good cause supports the requested relief. Respondents' Motion to Extend Response Deadline (Dkt. 10) is hereby **GRANTED**; and Respondents are **ORDERED** to file a response, no later than **October 29, 2025**.

IT IS SO ORDERED.

SIGNED this October 15, 2025.

_____
Diana Saldaña
United States District Judge