United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **MINGHAO CHEN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:25-CV-00150** |
| § | |
| **KRISTI NOEM,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), filed by Minghao Chen ("Petitioner") and a Motion to Dismiss, (Dkt. 13), filed in response by Respondents Kristi Noem, Secretary of the United States Department of Homeland Security and Pamela Bondi, United States Attorney General ("Respondents"). Having reviewed the Parties' briefing, the Court requires additional information to consider the merits of the Parties' arguments.

Therefore, Respondents and Petitioner are ORDERED to submit additional briefing to address the issue of whether Petitioner's removal is reasonably foreseeable. In doing so, the Parties must submit information pertaining to the foreseeability of Petitioner's removal at this time, including information as to whether any potential countries for removal have been identified, whether any travel documentation relevant to Petitioner's removal has been obtained, whether any agreements to effectuate removal have been reached or are currently in process, and what steps, if any, will be taken to remove petitioner in the foreseeable future. The Parties are ORDERED to file this information no later than **November 21, 2025**.

IT IS SO ORDERED.

SIGNED this November 7, 2025.

                                                  Diana Saldaña
                                                  United States District Judge